UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

3:08-mc-00111 (RNC) USA v. Carpenter

3:09-mc-00272 (RNC)  USA v. Bursey

**NOTICE TO COUNSEL**

The above captioned cases have been ordered consolidated pursuant to an order entered by Judge Vanessa L. Bryant.  The following provisions will govern the procedural aspects of the consolidation:

1. The clerk will maintain a **LEAD CONSOLIDATED DOCKET SHEET AND FILE in 3:08-mc-00111 (RNC) (lowest numbered case) USA v. Carpenter.**

2. All captions shall include **ONLY** the **LEAD CONSOLIDATED CASE NAME AND DOCKET NUMBER**.

3. The parties and counsel from each member case will be added to the docket of the **LEAD CONSOLIDATED DOCKET SHEET** and the member cases will be closed without prejudice to the right of any party to move to reopen upon resolution of the **LEAD** case.

4. All docketing shall be made **ONLY** on the **LEAD CONSOLIDATED DOCKET SHEET**.

5. Any pending motions from the member cases will be re-docketed on the **LEAD CONSOLIDATED DOCKET SHEET.**

(Rev. 12/1/2005)

6. In the event an appeal is taken by one or more parties from a decision or judgment of this court, or in the event copies of the file are needed outside the district for any reason, it shall be the duty of the requesting party to certify the record required.  It shall then be the responsibility of counsel who originally prepared or filed any document to furnish, upon request, sufficient copies to the clerk for transmittal of the record.  Copies requested shall be furnished within ten (10) days.

Dated at Hartford, Connecticut, this 13 day of December, 2009.

ROBIN D. TABORA, Clerk

By Barbara Grady
Deputy Clerk

(Rev. 12/1/2005)