UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DANIEL E. CARPENTER, CHAIRMAN of )<br>BENISTAR, LTD. )<br>)<br>Respondent. ) | Civil No. 3:08-mc-111 (RNC) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Petitioner, United States of America, and Respondent, Daniel E. Carpenter, chairman of Benistar, Ltd., stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal without prejudice of the above-captioned case. Each party will bear their own costs and expenses, including attorneys' fees.

Date: March 17, 2016

Deirdre M. Daly
United States Attorney

Caroline A. Ciraolo
Acting Assistant Attorney General
Tax Division

Hilarie Snyder
United States Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, DC 20044
202-307-2708
hilarie.e.snyder@usdoj.gov

Counsel for Petitioner, United States of America

Respectfully submitted:

Joseph M. Pastore III (ct11431)
Pastore & Dailey, LLC
4 High Ridge Park, Third Floor
Stamford, CT 06905
203-658-8455 (tel)
203-348-0852 (fax)
jpastore@psdlaw.net

Counsel for Respondent, Daniel E. Carpenter, Chairman of Benistar, Ltd.

1

13586417.1

## CERTIFICATE OF SERVICE

I hereby certify on this 18TH day of March, 2016 that I electronically filed a copy of this Stipulation of Dismissal with the Court's electronic filing system, which will send copies to all counsel of record, including counsel for Mr. Carpenter, Joseph M. Pastore III, Ira B. Silverstein, Miriam L. Fisher, and William J. McGrath, Jr..

/s/ Hilarie Snyder
Hilarie Snyder